Ryan Lee (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Cambrae Harris

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Cambrae Harris, | )   **Case No.:** |
| | ) |
|             Plaintiff, | )   **COMPLAINT AND DEMAND FOR** |
| | )   **JURY TRIAL** |
|      v. | ) |
| | )   **(Unlawful Debt Collection Practices)** |
| American Accounts & Advisers, Inc. | ) |
| | ) |
|          Defendant. | ) |
| | ) |

Cambrae Harris (Plaintiff), through attorneys, KROHN & MOSS, LTD., alleges the following against American Accounts & Advisers, Inc. (Defendant):

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (FDCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Arizona, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

- 1 -

**PARTIES**

5.  Plaintiff is a natural person residing in Maricopa, Arizona.

6.  Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

7.  Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

8.  Defendant is a collection agency with a business office in Cottage Grove, Minnesota and conducts business in Arizona.

9.  Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

10. Defendant places collection calls to Plaintiff seeking and demanding payment for an alleged medical debt.

11. Plaintiff's alleged debt arises from transactions for personal, household, and/or family purposes.

12. In or around November of 2013, Defendant's representative, "Chuck Taylor" placed a collection call to Plaintiff's father.

13. During the course of the collection call with Plaintiff's father, Defendant's representative disclosed the existence of Plaintiff's debt and stated that Plaintiff may be sued if the alleged debt was not paid.

14. Defendant's father had no knowledge of the debt until Defendant's representative disclosed the debt to him.

15. As a result of the collection calls placed by Defendant to Plaintiff's father, Plaintiff suffered extreme embarrassment, humiliation, emotional distress, anguish and mental

PLAINTIFF'S COMPLAINT

suffering.   When Defendant calls Plaintiff, Plaintiff feels stress, aggravation, anguish, and anxiety.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

   a.   Defendant violated §1692c(b) of the FDCPA by disclosing Plaintiff's debt to a third party.

WHEREFORE, Plaintiff, Cambrae Harris, respectfully requests judgment be entered against Defendant, American Accounts & Advisers, Inc. for the following:

17. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

18. Actual damages to compensate Plaintiff for her embarrassment, humiliation, mental anguish, emotional distress, anxiety, inconvenience, and the disruption of her day caused by Defendants in an amount to be determined by the trier of fact pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692,

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

20. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED:  March 31, 2014                    KROHN & MOSS, LTD.


By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff

- 3 -

## <u>DEMAND FOR JURY TRIAL</u>

PLEASE TAKE NOTICE that Plaintiff, Cambrae Harris, hereby requests a jury trial in this case.

PLAINTIFF'S COMPLAINT

1    **VERIFICATION OF COMPLAINT AND CERTIFICATION**

2    STATE OF ARIZONA

3        Plaintiff, CAMBRAE HARRIS, states as follows:

4    1.    I am the Plaintiff in this civil proceeding.
     2.    I have read the above-entitled civil Complaint prepared by my attorneys and I believe
5          that all of the facts contained in it are true, to the best of my knowledge, information
           and belief formed after reasonable inquiry.
6    3.    I believe that this civil Complaint is well grounded in fact and warranted by existing
           law or by a good faith argument for the extension, modification or reversal of existing
7          law.
     4.    I believe that this civil Complaint is not interposed for any improper purpose, such as
8          to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a
           needless increase in the cost of litigation to any Defendant(s), named in the
9          Complaint.
     5.    I have filed this Complaint in good faith and solely for the purposes set forth in it.
10   6.    Each and every exhibit I have provided to my attorneys which has been attached to
           this Complaint is a true and correct copy of the original.
11   7.    Except for clearly indicated redactions made by my attorneys where appropriate, I
           have not altered, changed, modified or fabricated these exhibits, except that some of
12         the attached exhibits may contain some of my own handwritten notations.

13       Pursuant to 28 U.S.C. § 1746(2), I, CAMBRAE HARRIS, hereby declare (or certify,
     verify or state) under penalty of perjury that the foregoing is true and correct.
14

15   DATE: 1 13 14                           _____
                                                    CAMBRAE HARRIS
16

17

18

19

20

21

22

23

24

25

                                       - 4 -

                            PLAINTIFF'S COMPLAINT