1 Ryan Lee (SBN: 235879)
Krohn & Moss, Ltd.
2 10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
3 Tel: 323-988-2400 x241
Fax: 866-861-1390
4 rlee@consumerlawcenter.com
Attorneys for Plaintiff,
5 Cambrae Harris

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Cambrae Harris, | ) | **Case No.: 2:14-cv-00654-GMS** |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| American Accounts & Advisers, Inc. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   NOW COMES the Plaintiff, Cambrae Harris, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

   Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                              Respectfully Submitted,

Dated: May 7, 2014            KROHN & MOSS, LTD.


                              By: /s/ Ryan Lee            

                                 Ryan Lee
                                 Attorney for Plaintiff

- 1 -

Notice of Settlement

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2014, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff