Ryan Lee (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Cambrae Harris,

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Cambrae Harris, | Case No.: 2:14-cv-00654-GMS |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| v. | |
| American Accounts & Advisers, Inc. | |
| Defendant. | |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Cambrae Harris, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: May 12, 2014                                KROHN & MOSS, LTD.


                                                                    By:/s/ Ryan Lee
                                                                          Ryan Lee
                                                                          Attorneys for Plaintiff
                                                                          Brittany Edwards

- 1 -

VOLUNTARY DISMISSAL

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2014, I electronically filed the foregoing Notice of voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff